**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

FEDERAL COURT CASE NO.:
Trial By Jury Requested

**CARMINE AMELIO; ALFONSO AMELIO; PAUL AMELIO**,
Plaintiffs,

-against-

**BEN STREICHER; UNKNOWN COUNSEL FOR BEN STREICHER**,
Defendants.

# EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER (TRO)

Plaintiffs **Carmine Amelio, Alfonso Amelio, and Paul Amelio**, pro se, respectfully move this Court for a Temporary Restraining Order pursuant to **Fed. R. Civ. P. 65** against **Ben Streicher** and **Unknown Counsel for Ben Streicher**, to immediately restrain them from any harassment, threats, interference with Plaintiffs' possession of property, or attempts to disturb tenants or property, pending a hearing on a preliminary injunction.

**Grounds for Emergency Relief:**

1. Defendants are actively harassing Plaintiffs and Plaintiff's tenant, threatening eviction, and attempting to interfere with possession of property that is subject to a federal removal.

2. Defendant Ben Streicher stated that he was advised by counsel (name and firm unknown) to ignore federal jurisdiction and the automatic stay created by removal.

3. Plaintiffs will suffer **irreparable harm** including unlawful eviction, loss of housing, tenant disturbances, and irreversible prejudice if the TRO is not immediately granted.

4. Plaintiffs are likely to succeed on the merits because Defendants' conduct violates federal law, including the **federal removal statute (28 U.S.C. §§ 1331, 1441, 1446)**, and infringes Plaintiffs' constitutional rights.

5. Granting a TRO is in the **public interest**, preserving the status quo and protecting federal jurisdiction.

6. No prejudice will result to Defendants by preserving the status quo pending full review.

# AFFIRMATION IN SUPPORT OF EMERGENCY TRO

I, **Carmine Amelio**, affirm under penalty of perjury:

1. I am a Plaintiff in this action and submit this affirmation in support of the Emergency Motion for a Temporary Restraining Order.

2. On **December 2, 2025**, Plaintiffs filed a **Notice of Removal** of the related New York State case (U.S. Bank Trust National Association v. Alfonso Amelio, et al., Orange County Supreme Court) in the **United States District Court for the Southern District of New York**, divesting the state court of jurisdiction.

3. Defendants Ben Streicher and his counsel, acting on instructions or advice, have knowingly ignored the federal removal and continued harassment and threats against Plaintiffs and tenants.

4. Emergency relief is necessary to prevent:
   o unlawful eviction,
   o interference with possession,
   o ongoing harassment, and
   o irreversible harm to Plaintiffs and tenants.

5. Plaintiffs are likely to succeed on the merits because Defendants' actions violate federal law, constitutional protections, and infringe upon federal court jurisdiction.

6. The requested TRO preserves the status quo until the Court can hold a hearing on the preliminary injunction.

7. Plaintiffs have made **good-faith efforts to notify Defendants**, including texting Defendant Streicher a copy of this filing and the federal Notice of Removal.

**WHEREFORE**, Plaintiffs respectfully request that this Court:

1. Immediately issue a Temporary Restraining Order preventing Defendants from:

   o Harassing or threatening Plaintiffs or tenants;

   o Attempting eviction or disturbing possession;

   o Interfering with property subject to federal removal;

   o Taking any action in violation of federal law or constitutional rights.

2. Set an expedited hearing on a Preliminary Injunction;

3. Award such other and further relief as the Court deems just and proper.

Executed on **December 2, 2025**, at **New Milford, CT**.

Respectfully submitted,
*/s/ Carmine Amelio*
Carmine Amelio, *Plaintiff Pro Se*
37 Main Street, #337
New Milford, CT 06776
p. 412-612-6774
e. cpamelio@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL COURT CASE NO.:
Trial By Jury Requested

**CARMINE AMELIO; ALFONSO AMELIO; PAUL AMELIO**,
Plaintiffs,

-against-

**BEN STREICHER; UNKNOWN COUNSEL FOR BEN STREICHER**,
Defendants.

# EMERGENCY MOTION FOR TEMPORARY PROPOSED TEMPORARY RESTRAINING ORDER

**UPON CONSIDERATION** of Plaintiffs' Emergency Motion for a Temporary Restraining Order, it is hereby:

**ORDERED** that:

1. Defendants **Ben Streicher** and **Unknown Counsel for Ben Streicher** are immediately restrained and enjoined from:
    o Harassing Plaintiffs or tenants;
    o Interfering with possession of property;
    o Attempting any eviction, collection, or disturbance of tenants;
    o Taking any action in violation of federal removal statutes or constitutional rights.
2. This order shall remain in effect until the Court issues a ruling on a preliminary injunction or further order of the Court.
3. Plaintiffs shall promptly serve a copy of this Order on Defendants.

SO ORDERED: _____
United States District Court Judge
Southern District of New York

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

**CARMINE AMELIO; ALFONSO
AMELIO; PAUL AMELIO**,
Plaintiffs,

-against-

**BEN STREICHER; UNKNOWN
COUNSEL FOR BEN STREICHER**,
Defendants.

FEDERAL COURT CASE NO.:
Trial By Jury Requested

---

# AFFIRMATION OF SERVICE

I, **Carmine P. Amelio**, hereby certify under penalty of perjury that on **December 2, 2025**, a true and correct copy of the following documents:

- Emergency Motion for TRO
- Affirmation in Support of Emergency TRO
- Proposed TRO Order
- Cover Letter to Court

was served on the following parties via **electronic mail and/or U.S. Mail**:

1. **Ben Streicher**
   1609 Route 202
   Pomona, NY 10970
2. **Unknown Counsel for Ben Streicher**
   [Last known or default address; electronic copy sent to known addresses]

Executed on **December 2, 2025**, at **New Milford, CT**.

Respectfully submitted,
*/s/ Carmine Amelio*
Carmine Amelio, *Plaintiff Pro Se*
37 Main Street, #337
New Milford, CT 06776
p. 412-612-6774
e. cpamelio@gmail.com

Carmine P. Amelio
Alfonso Amelio
Paul Amelio
*Plaintiffs Pro Se*
37 Main Street #337
New Milford, CT 06776
Ph: 845-343-4959
Email: cpamelio@gmail.com
December 2, 2025

# COVER LETTER TO COURT & PARTIES

**BY Electronic/Email and/or US Mail**
**To:** Clerk of the United States District Court, SDNY

**Re:** Emergency Motion for Temporary Restraining Order – Carmine, Alfonso, and Paul Amelio v. Ben Streicher & Unknown Counsel

Dear Clerk:

Please find attached for filing:

1. Emergency Motion for Temporary Restraining Order
2. Affirmation in Support of Emergency TRO
3. Proposed TRO Order
4. Certificate of Service

**Parties Served:** Ben Streicher, Unknown Counsel for Ben Streicher, and Orange County Supreme Court.

We respectfully request **expedited consideration** due to ongoing harassment, threats, and unlawful interference with property and tenants in violation of federal law and removal jurisdiction.

Dated: New Milford, CT
      December 2, 2025

Respectfully submitted,

*/s/ Carmine Amelio*
Carmine Amelio, *Plaintiff Pro Se*