UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK TRUST NATIONAL
ASSOCIATION, AS TRUSTEE OF TIKI
SERIES V TRUST,

                    Plaintiff,

          – against –

ALFONSO AMELIO; CARMINE AMELIO;
PAUL AMELIO; DEBORAH J. PIAZZA, AS
CHAPTER 7 TRUSTEE OF UNITED
STATES BANKRUPTCY COURT;
ROBERTA PERRY S/H/A JANE DOE #1,

                    Defendants.

**ORDER**

25-cv-10022 (ER)

Ramos, D.J.:

        Carmine Amelio filed an emergency motion for temporary restraining order on December 2, 2025.  Doc. 2.  Having determined that it lacks both federal question and diversity jurisdiction, the Court remanded the case to the Supreme Court of the State of New York, Country of Orange on December 5, 2025.  Doc. 4.

        Accordingly, the Clerk of the Court is directed to terminate the motion, Doc. 2.

        SO ORDERED.

Dated:    December 8, 2025
          New York, New York

_____
        Edgardo Ramos, U.S.D.J.