UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK TRUST NATIONAL
ASSOCIATION, AS TRUSTEE OF TIKI
SERIES V TRUST,

                Plaintiff,

        – against –

ALFONSO AMELIO; CARMINE AMELIO;
PAUL AMELIO; DEBORAH J. PIAZZA, AS
CHAPTER 7 TRUSTEE OF UNITED
STATES BANKRUPTCY COURT;
ROBERTA PERRY S/H/A JANE DOE #1,

                Defendants.

**ORDER**

25-cv-10022 (ER)

Ramos, D.J.:

The in-person hearing scheduled for January 14, 2026 at 10:00 a.m. is rescheduled to

January 27, 2026 at 2:00 p.m.  The parties are once again reminded that the hearing will be held

in Courtroom 619 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York

10007.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Defendants'

address on ECF.

      SO ORDERED.

Dated:    January 13, 2026
          New York, New York

                                    Edgardo Ramos, U.S.D.J.