UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK TRUST NATIONAL
ASSOCIATION, AS TRUSTEE OF TIKI
SERIES V TRUST,

                Plaintiff,

        -against-

ALFONSO AMELIO; CARMINE AMELIO;
PAUL AMELIO; DEBORAH J. PIAZZA, AS
CHAPTER 7 TRUSTEE OF UNITED
STATES BANKRUPTCY COURT;
ROBERTA PERRY S/H/A JANE DOE #1,

            Defendants.

**ORDER**

25-cv-10022 (ER)

RAMOS, D.J.

      Defendants are directed to file their opposition or response to the motion for sanctions, if

any, by July 2, 2026.  Plaintiffs are directed to file their reply, if any, by July 9, 2026.

      SO ORDERED.

Dated:   June 12, 2026
         New York, New York

_____
          EDGARDO RAMOS, U.S.D.J.