UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF TIKI SERIES V TRUST,

Plaintiff,

*-against-*

ALFONSO AMELIO; CARMINE AMELIO; PAUL AMELIO; DEBORAH J. PIAZZA, AS CHAPTER 7 TRUSTEE OF UNITED STATES BANKRUPTCY COURT; ROBERTA PERRY S/H/A JANE DOE #1,

Defendants.

**ORDER**

25-cv-10022 (ER)

RAMOS, D.J.

On September 30, 2026, the Court denied Defendants' motions to vacate and to recuse. Doc. 49. On October 28, 2026, Defendants filed a motion to alter or amend the judgment. Doc. 50. Plaintiffs are directed to file their opposition or response to the motion, if any, by November 18, 2026. Defendants are directed to file their reply, if any, by December 17, 2026.

SO ORDERED.

Dated: November 4, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.